IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Theodore P. Kerhulas, | ) | C/A No.: 3:09-cv-00661-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT ORDER OF** |
| | ) | **DISMISSAL** |
| | ) | |
| Wal-Mart Stores East LP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties appeared before the Court, upon consent and having reached a compromise, requesting that the Court dismiss the above-captioned matter with prejudice.

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and any further action thereon being forever barred.

IT IS SO ORDERED.

August 2, 2010  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge